TODD KIM, Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Chief
MEREDITH L. FLAX, Assistant Chief
CHRISTIAN H. CARRARA,
Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANSCICO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of the U.S. Department of Commerce, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 3:22-cv-06566-CRB<br><br><br>**JOINT STIPULATION FOR STAY OF PROCEEDINGS**<br><br>(Honorable Charles R. Breyer) |

Pursuant to Local Rule 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Plaintiff Center for Biological Diversity, by its undersigned counsel, and Defendants Gina Raimondo, in her official capacity as Secretary of the U.S. Department of Commerce, and the National Marine Fisheries Service ("NMFS"), by their undersigned counsel (collectively, the "Parties"), hereby jointly

stipulate to a stay of proceedings until June 20, 2023, and request the Court's approval of the stipulation.

WHEREAS, on October 27, 2022, Plaintiff filed a complaint challenging the biological opinion issued by NMFS under ESA Section 7, which analyzed the effects of the continued management of the U.S. West Coast drift gillnet fishery ("Gillnet Fishery") on threatened and endangered species, including humpback whales. ECF No. 1.

WHEREAS, Plaintiff's request for relief primarily sought an order requiring NMFS to "complete consultation and publish a final biological opinion within 90 days" concerning the effects of the Gillnet Fishery. *See id*. at 18 (Request for Relief).

WHEREAS, Defendants have reinitiated ESA consultation to analyze the effects of the continued management of the Gillnet Fishery on threatened and endangered species, including humpback whales, and their critical habitat, and expect to complete consultation and publish a new biological opinion on June 20, 2023.

WHEREAS, under the Court's Order entered March 23, 2023, Defendants must file, by April 21, 2023, an answer or other response to Plaintiff's complaint, ECF No. 1, as well as lodge an administrative record with the Court. *See* ECF No. 23. Briefing on the merits is set to begin on May 25, 2023.

WHEREAS, in light of these developments, the Parties wish to avoid having the Court or Parties expend further time and resources—including for the deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint and to lodge an administrative record by this Friday, April 21, 2023—as to claims and arguments that may become moot in the coming weeks.

WHEREAS, there will be no damage caused by the issuance of this stay nor will either party be prejudiced by it.

WHEREAS, it is well-established that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co*., 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v.*

1     *Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

2        NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND

3 THE COURT ORDERS, AS FOLLOWS:

4      1.      Upon entry of the Court's order, the instant litigation shall be stayed until June 20,

5 2023, based on the fact that NMFS expects to complete consultation on or before June 20, 2023.

6      2.      Defendants shall provide Plaintiff with an informal update, including a telephone

7 call from counsel, on the status of consultation no later than May 20, 2023, and state whether

8 NMFS still expects to issue the biological opinion by June 20, 2023.

9      3.      If NMFS completes consultation on or before June 20, 2023, Plaintiff shall

10 dismiss its merits claims against Defendants without prejudice.

11      4.      The Parties shall submit a status report to the Court no later than June 21, 2023.

12      IT IS SO STIPULATED

13 Dated: April 20, 2023           Respectfully submitted,

14

15            TODD KIM, Assistant Attorney General
           U.S. Department of Justice

16            Environment & Natural Resources Division
           S. JAY GOVINDAN, Section Chief

17            MEREDITH L. FLAX, Assistant Section Chief

18            */s/ Christian Carrara*
           CHRISTIAN H. CARRARA, Trial Attorney

19            NJ Bar No. 317732020

20            Wildlife & Marine Resources Section
           Ben Franklin Station, P.O. Box 7611

21            Washington, DC 20044-7611

22            (202) 305-0217 (t.) | (202) 305-0275 (f.)
           Christian.Carrara@usdoj.gov

23

24            *Attorneys for Defendants*

25            */s/ Catherine Kilduff*
           CATHERINE KILDUFF (CA Bar #256331)

26            KRISTEN MONSELL (CA Bar #304793)
           Center for Biological Diversity

27            1212 Broadway, Suite #800

28            Oakland, CA 94612

(510) 844-7100 (t.) | (510) 844-7150 (f.)

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.


_____

Charles R. Breyer
United States District Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Christian Carrara, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Christian Carrara*
CHRISTIAN H. CARRARA