TODD KIM, Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Chief
MEREDITH L. FLAX, Assistant Chief
CHRISTIAN H. CARRARA,
Trial Attorney (NJ Bar No. 317732020)
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-9736
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCICO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of the U.S. Department of Commerce, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 3:22-cv-06566-CRB<br><br>**JOINT STIPULATION TO EXTEND THE STAY OF PROCEEDINGS** : ORDER<br><br>(Honorable Charles R. Breyer) |

Pursuant to Local Rules 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Plaintiff Center for Biological Diversity, by its undersigned counsel, and Defendants Gina Raimondo, in her official capacity as Secretary of the U.S. Department of Commerce, and the National Marine Fisheries Service ("NMFS"), by their undersigned counsel (collectively, the "Parties"), hereby

stipulate and respectfully request that the Court extend the stay of proceedings for 21 days until July 11, 2023. The Parties declare in support of this request:

WHEREAS, on April 20, 2023, the Parties filed a joint stipulation to stay proceedings until June 20, 2023, ECF No. 24, which the Court entered on April 21, 2023. ECF No. 25.

WHEREAS, the instant litigation was stayed until June 20, 2023, based on the fact that NMFS expected to complete consultation under Section 7 of the Endangered Species Act analyzing the effects of the continued management of the U.S. West Coast drift gillnet fishery on threatened and endangered species, including humpback whales, and their critical habitat, on or before June 20, 2023. ECF Nos. 24, 25.

WHEREAS, on June 14, 2023, Federal Defendants represented to Plaintiffs that NMFS would need 21 additional days from the current June 20, 2023 date to complete consultation in order revise the analysis contained in the biological opinion and because key agency personnel needed to complete consultation will be on leave in June and early July.

WHEREAS, there have been only two previous time modifications in this matter: a stay of proceedings for 30 days and the present stay of proceedings until June 20, 2023. ECF Nos. 21, 25.

WHEREAS, the requested enlargement of time of 21 days would only affect the timing for NMFS to complete consultation and the deadline for the Parties to file a Joint Status Report.

WHEREAS, it is well-established that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND THE COURT ORDERS, AS FOLLOWS:

1. Upon entry of the Court's order, the stay of the instant litigation shall be extended until July 11, 2023, based on the fact that NMFS expects to complete consultation on or before July 11, 2023.

2. If NMFS completes consultation on or before July 11, 2023, Plaintiff shall dismiss its merits claims against Defendants without prejudice.

3. The Parties shall submit a status report to the Court no later than July 12, 2023, and request that the Court schedule a case management conference at its earliest convenience thereafter.

IT IS SO STIPULATED

Dated: June 20, 2023                    Respectfully submitted,

                                         TODD KIM, Assistant Attorney General
                                         U.S. Department of Justice
                                         Environment & Natural Resources Division
                                         S. JAY GOVINDAN, Section Chief
                                         MEREDITH L. FLAX, Assistant Section Chief

                                         */s/ Christian Carrara*
                                         CHRISTIAN H. CARRARA, Trial Attorney
                                         NJ Bar No. 317732020
                                         Wildlife & Marine Resources Section
                                         Ben Franklin Station, P.O. Box 7611
                                         Washington, DC 20044-7611
                                         (202) 305-0217 (t.) | (202) 305-0275 (f.)
                                         Christian.Carrara@usdoj.gov

                                         *Attorneys for Defendants*

                                         */s/ Catherine Kilduff*
                                         CATHERINE KILDUFF (CA Bar #256331)
                                         KRISTEN MONSELL (CA Bar #304793)
                                         Center for Biological Diversity
                                         1212 Broadway, Suite #800
                                         Oakland, CA 94612
                                         (510) 844-7100 (t.) | (510) 844-7150 (f.)

                                         *Attorneys for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 20, 2023                    _____
                                                         Charles R. Breyer

CASE NO. 3:22-CV-06566-CRB – JOINT STIPULATION TO EXTEND STAY OF PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Judge